# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Ameresco Select, Inc. ) ASBCA No. 61019
)
Under Contract No. N47408-00-D-8131 )

APPEARANCES FOR THE APPELLANT: James D. Bachman, Esq.
Ron R. Hutchinson, Esq.
Doyle & Bachman, LLP
Arlington, VA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
David B. Stinson, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 15 February 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61019, Appeal of Ameresco Select, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals